AMBROSE GIRAUDET, Respondent, *v.* HENRY KORN, Appellant.

(Argued March 11, 1880; decided April 6, 1880.)

*F. J. Moissen* for appellant.

*Edward Patterson* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.

---

BERNARD REILLY, as Sheriff, etc., et al., Appellants, *v.* JOAQUIN DEMESTRE et al., Respondents.

(Argued March 12, 1880; decided April 6, 1880.)

*Edward Patterson* for appellants.

*Emmet R. Olcott* for respondents.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.

---

WILLIAM A. LEONARD, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 15, 1880; decided April 6, 1880.)

*Frank Loomis* for appellant.

*DeWitt C. Brown* for respondent.

AGREE to affirm without an opinion.
All concur, except RAPALLO and MILLER, JJ., dissenting.
Judgment affirmed.